Andrew G. Wanger (SBN 166449)
AGWanger@duanemorris.com
Jennifer B. Fisher (SBN 241321)
JBFisher@duanemorris.com
DUANE MORRIS LLP
One Market, Spear Tower
Suite 2000
San Francisco, California 94105-1104
Telephone:   (415) 957-3000
Facsimile:    (415) 957-3001

Joanne J. Matousek (To Be Admitted *Pro Hac Vice*)
JJMatouske@duanemorris.com
DUANE MORRIS LLP
227 West Monroe Street
Suite 3400
Chicago, Illinois 60606
Telephone:   (312) 499-6700
Facsimile:    (312) 499-6701

Attorneys for Defendant
CAROLINA CASUALTY INSURANCE COMPANY,
a Florida corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN STATE VINTNERS, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>CAROLINA CASUALTY INSURANCE COMPANY, a Florida corporation, and DOES 1 through 20, inclusive,<br><br>            Defendant | Case No.: C 06-06364 MJJ<br><br>San Francisco Superior Court<br>Case No.: CGC-06-456237<br><br>**STIPULATION TO EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br>AND ORDER |

1

C 06-06364 MJJ

STIPULATION TO EXTENSION OF TIME TO RESPOND TO COMPLAINT

Pursuant to Local Rule 6-1(a), the parties to this action hereby stipulate that Defendant CAROLINA CASUALTY INSURANCE COMPANY, a Florida corporation, shall have until October 26, 2006 to answer or otherwise respond to Plaintiff GOLDEN STATE VINTNER, INC.'s complaint.

By entering into this stipulation, GOLDEN STATE VINTNER, INC. does not waive any right to challenge the removal of this action by CAROLINA CASUALTY INSURANCE COMPANY.

Dated: October 16, 2006

DUANE MORRIS LLP

By: _____
Andrew G. Wanger
Jennifer B. Fisher
Attorneys for Defendant
CAROLINA CASUALTY INSURANCE COMPANY,
a Florida corporation

Dated: October 16, 2006

KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP

By: _____
Robert E. Feyder
Attorneys for Plaintiff
GOLDEN STATE VINTNERS, INC., a
Delaware corporation



IT IS SO ORDERED
Judge Martin J. Jenkins
10/24/2006
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA