|   |   |
|---|---|
| **KIRKPATRICK & LOCKHART**<br>**NICHOLSON GRAHAM LLP**<br>10100 Santa Monica Boulevard, 7th Floor<br>Los Angeles, California<br>Telephone: 310.552.5000<br>Facsimile: 310.552.5001 | |

David P. Schack (SBN 106288)
Robert E. Feyder (SBN 130388)

**KIRKPATRICK & LOCKHART**
**NICHOLSON GRAHAM LLP**
630 Hansen Way
Palo Alto, CA 94304
Telephone: 650.798.6700
Facsimile: 650.798.6701

William N. Hebert (SBN 136099)

Attorneys for Plaintiff and
Counterclaim-Defendant
Golden State Vintners, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| GOLDEN STATE VINTNERS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CAROLINA CASUALTY INSURANCE COMPANY, a Florida corporation, and DOES 1 through 20, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. C-06-6364 MJJ<br><br>**STIPULATION TO EXTEND TIME FOR GOLDEN STATE VINTNERS, INC. TO RESPOND TO COUNTERCLAIM AND [PROPOSED] ORDER THEREON**<br>(Civ. L.R. Rule 6-2) |

Pursuant to Civil Local Rule 6-2, the parties, by and through their attorneys of record, hereby stipulate and agree, subject to the granting of this requested time change by the Court, as follows:

---

**STIP. EXTEND TIME RESPOND COUNTERCLAIM**
**Case No. C-06-6364 MJJ**

1. Plaintiff and Counterclaim-defendant Golden State Vintners, Inc. ("GSV") shall have up to and including November 30, 2006 to file its response to the Counterclaim filed on October 26, 2006 [Dkt. #7] by Defendant and Counterclaim-Plaintiff Carolina Casualty Insurance Co. ("Carolina").

2. GSV's response to the Counterclaim is currently due on November 15, 2006. The reason for the extension of time is to permit the parties to meet on November 21, 2006 to discuss the potential resolution of this action.

3. There has been one previous request for an extension of time in this action, which was a Stipulation to Extension of Time to Respond to Complaint, filed October 16, 2006 [Dkt. #4]. The Court granted this stipulation on October 24, 2006 [Dkt. #5].

4. The granting of this requested time change will not affect the schedule for the case.

KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP

Dated: November 8, 2006      By: _____
                                  William N. Hebert

                                  Attorneys for Plaintiff and
                                  Counterclaim-Defendant
                                  Golden State Vintners, Inc.

DUANE MORRIS LLP

Dated: November 8, 2006      By: _____
                                  Andrew G. Wanger

                                  Attorneys for Defendant and
                                  Counterclaim-Plaintiff
                                  Carolina Casualty Ins. Co.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: November 15, 2006     _____
                             United States District Court Judge

STIP. EXTEND TIME RESPOND COUNTERCLAIM
Case No. C-06-6364 MJJ

1