

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN STATE VINTNERS INC, | No. C06-06364 MJJ |
| Plaintiff, | **ORDER REGARDING PROTECTIVE ORDER** |
| v. | |
| CAROLINA CASUALTY INSURANCE CO, | |
| Defendant. | |

On July 23, 2007, the parties submitted a Proposed Stipulated Protective Order. The Court hereby orders the parties to submit a revised protective order complying with the requirements set forth below.

1) When defining what constitutes "Confidential" or "Confidential-Attorneys' Eyes Only" information, add a provision which provides that the information sought to be protected is properly subject to protection under FRCP Rule 26(c) and that counsel shall not designate any information without first making a good faith determination that protection is warranted.

2) Designate a time limit on the Court's jurisdiction to enforce the terms of the order. (e.g., six months after final termination of the action).

**IT IS SO ORDERED.**

Dated: 7/25/07

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE