1  KIRKPATRICK & LOCKHART
   PRESTON GATES ELLIS LLP
2  10100 Santa Monica Boulevard, 7th Floor
   Los Angeles, California 90067
3  Telephone: 310.552.5000
   Facsimile: 310.552.5001
4
5  David P. Schack (SBN 106288)
   Robert E. Feyder (SBN 130688)
6  Attorneys for Plaintiff and
   Counterclaim-Defendant
7  Golden State Vintners, Inc.
8
9  DUANE MORRIS LLP
   One Market, Spear Tower, Suite 2000
10 San Francisco, California 94105
   Telephone: 415.957.3000
11 Facsimile: 415.957.3001
12 Andrew G. Wanger (SBN 166449)
   Jennifer B. Fisher (SBN 241321)
13 Attorneys for Defendant and
   Counterclaim-Plaintiff
14 Carolina Casualty Insurance Company
15 [Additional counsel listed on signature page]

16
17              UNITED STATES DISTRICT COURT
18              NORTHERN DISTRICT OF CALIFORNIA
19              SAN FRANCISCO DIVISION

20 GOLDEN STATE VINTNERS, INC.,           Case No. C-06-6364 MJJ
   a Delaware corporation,
21                                        **STIPULATION OF DISMISSAL AND
                Plaintiff,                ORDER THEREON**
22
       vs.                                Discovery Cut-Off:  October 27, 2007
23                                        Trial Date:         March 17, 2008
   CAROLINA CASUALTY INSURANCE
24 COMPANY, a Florida corporation, and DOES 1
   through 20, inclusive,
25
                Defendants.
26 _____
27 AND RELATED COUNTERCLAIM.
28

STIPULATION OF DISMISSAL AND ORDER THEREON – Case No. C 06-6364 MJJ
SF-136401 v2

It is hereby stipulated by plaintiff and counterclaim-defendant Golden State Vintners, Inc. ("GSV"), and defendant and counterclaim-plaintiff Carolina Casualty Insurance Company ("Carolina"), that the above-entitled action be dismissed on the following terms and conditions:

1. Definitions of terms used in this Stipulation of Dismissal:

   (a) "The Policy" means Carolina's Directors' and Officers' and Corporate Liability Insurance Policy, bearing Policy No. 1356778/1, which it issued to GSV, for the Policy Period from July 22, 2003 to July 22, 2004.

   (b) "The Deal Litigation" means the following lawsuits that were filed naming GSV and certain individuals as defendants: (1) *Jonathan Kathrein, et al. v. Golden State Vintners, Inc., et al.*, Superior Court of the State of California, County of Napa, Case No. 26-24776; and (2) *In re Golden State Vintners, Inc. Shareholders Litigation*, New Castle County, Delaware Chancery Court, Consolidated Ct. No. 305-N.

   (c) "The Shurkin Action" means *Israel Shurkin v. Golden State Vintners, Inc., et al.*, Northern District of California Case No. C-04-3434 MJJ.

   (d) "The Claimed Costs" means GSV's claims in this action against Carolina, and the related counterclaims and defenses, whereby GSV is seeking reimbursement under the Policy for defense costs incurred by GSV in the Deal Litigation, the costs of settlement of the Deal Litigation, and defense costs incurred in the Shurkin Action up to and including July 1, 2007. The Claimed Costs include those sums which GSV has paid on its own behalf and on behalf of Jeffrey J. Brown and John G. Kelleher, but do not include certain defense fees of Jeffrey B. O'Neill incurred in connection with his retention of Gibson Dunn & Crutcher LLP.

2. The action shall be dismissed with prejudice only as to the existing claims, counterclaims and defenses relating to the Claimed Costs incurred up to and including July 1, 2007.

3. The action shall be dismissed without prejudice as to any claims, counterclaims or defenses relating to defense costs GSV incurs in connection with the Shurkin Action after July 1, 2007.

SO STIPULATED AND AGREED:

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP

Dated: August 27, 2007     By: /s/ Robert E. Feyder     SBN 130688
William N. Hebert (SBN 136099)
55 Second Street, Suite 1700
San Francisco, CA 94105
Telephone: 415-882-8200
Facsimile: 415-882-8220

Attorney for Plaintiff and
Counterclaim-Defendant
Golden State Vintners, Inc.

DUANE MORRIS LLP

Dated: August 27, 2007     By: /s/ Dirk E. Ehlers / pas
Joanne J. Matousek (admitted *pro hac vice*)
Dirk E. Ehlers (admitted *pro hac vice*)
227 West Monroe Street, Suite 3400
Chicago, IL 60606
Telephone: 312-499-6700
Facsimile: 312-499-6701

Attorney for Defendant and
Counterclaim-Plaintiff
Carolina Casualty Insurance Company

## ORDER

Good cause appearing and the parties having so stipulated, IT IS SO ORDERED.

Dated: 8/31/2007, 2007     /s/ Martin J. Jenkins
Judge of the District Court

STIPULATION OF DISMISSAL AND ORDER THEREON – Case No. C 06-6364 MJJ
3